687 A.2d 651

**Martin R. BABST**

v.

**Karin L. BABST.**

**No. 45, Sept. Term, 1996.**

Court of Appeals of Maryland.

Jan. 13, 1997.

Suzanne C. Benvenuto (Alan B. Plevy, Smolen & Plevy, P.C., on brief) Vienna, VA, for petitioner.

Daniel A. Tabs, Joel Marc Abramson (Harry B. Siegel, Law Office of Marc Abramson, on brief), Columbia, for respondent.

Argued before BELL, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, KARWACKI, BAKER and WILNER, JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and argued, it is this 13th day of January, 1997

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.